UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-14003 -CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTOPHER BROWN,

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on November 2, 2007.

The court has considered the Report and Recommendation, the pertinent parts of the record, the defendant's written objections, and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant's is found in violation of supervised release. Sentencing in this matter is hereby set for November 29, 2007 at 1:30.

**DONE and ORDERED** in West Palm Beach, this _8_ day of November, 2007.

                                                      KENNETH L. RYSKAMP
                                                     UNITED STATES DISTRICT JUDGE

cc:    Rinku Talwar, AUSA
        Lori Barrist, Esq.